UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STACY NUNEZ-BARAJAS,<br><br>    Petitioner,<br><br>  v.<br><br>TAMARA KABBAN-MILLER, Warden,<br><br>    Respondent. | Case No. EDCV 12-1551-CAS(AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: October 15, 2013

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge